UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ALLSTATE INSURANCE COMPANY,

                            Petitioner,

            -against-

UTICA MUTUAL INSURANCE COMPANY,

                            Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Civil Action No.

**PROPOSED ORDER TO SEAL**

**ECF Case**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

THIS MATTER having been brought before the Court on Petitioner Allstate
*ex parte*

Insurance Company's Motion for entry of an Order to File Under Seal; and Petitioner having

submitted the following documents for filing: (1) Summons in a Civil Case; (2) Civil Cover

Sheet; (3) Rule 7.1 Statement; (4) Notice of Petition; (5) Memorandum of Law in Support of

Petition to Confirm Arbitral Award; (6) Petition to Confirm Arbitral Award with exhibits; and

the Court having considered the submissions of the Petitioner in support of this Motion for entry

of an Order to File Under Seal; and the Court having found that there are legitimate

confidentiality concerns which warrant the relief sought; and for good cause shown, it is on this

_____ day of October , 2006,

ORDERED that the Motion to Seal is GRANTED, and it is

ORDERED that Petitioners' Memorandum of Law in Support of Petition to

Confirm Arbitral Award and Petition to Confirm Arbitral Award with exhibits are sealed, *subject to modification by -the Judge to whom the case is assigned.*

_____
United States District Judge

PART I
10-23-06

NYB 652926.1 03330 00010